**No. 68226.**—Bruce Duncan Co., Inc., a/c Kanematsu New York, Inc. *v.* United States, protest 60/10654 (Los Angeles).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that carton No. 31 was not landed; that the value of the merchandise contained therein was $142.20; and that the net weight thereof was 18 pounds, the claim of the plaintiff was sustained, and the collector was directed to reliquidate the entry accordingly.

**No. 68227.**—Moscahlades Bros., Inc. *v.* United States, protest 62/11501 (Galveston).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the proper basis for converting the weight in pounds to gallons is 6.5 pounds per gallon, the claim of the plaintiff was sustained, and the collector was directed to reliquidate the entry accordingly.

JANUARY 7, 1964

**No. 68228.**—Gimbel Bros., Inc. *v.* United States, protest 59/34109. Protest abandoned December 4, 1963. (Not published.) (Initial No. 60/61.) Plaintiff's application for rehearing granted.

JANUARY 6, 1964

**No. 68229.**—APPEAL 5151.—United States *v.* The Best Foods, Inc.—                    —C.D. 2396 modified November 14, 1963, to the extent of providing that the protest was sustained as to 50 percent of the merchandise covered thereby and dismissed as to the balance of the merchandise. C.A.D. 827.